AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RAYMOND EUGENE CHANDLER III | ) | Case No. |
| | ) | 26-665 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 18, 2026 and April 29, 2026___ in the county of ___Allegheny___ in the
___Western___ District of ___Pennsylvania___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(A) and 115 (a)(1)(B) | Count One: Influencing, Impeding or Retaliating Against a Federal Official by Threatening a Family Member and by Threatening a Federal Official |
| 18 U.S.C. § 115(a)(1)(B) | Count Two: Influencing, Impeding or Retaliating against a Federal Official by Threat |

This criminal complaint is based on these facts:

See attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
/s/Corey Cochran
_Complainant's signature_

Corey Cochran, Task Force Officer, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  ___05/01/2026___
_____
_Judge's signature_

City and state:  ___Pittsburgh, Pennsylvania___    Honorable Patricia L. Dodge,U.S. Magistrate Judge
_Printed name and title_