AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
Western District of Pennsylvania

| | | |
|---|---|---|
| United States of America<br>v.<br><br>RAYMOND EUGENE CHANDLER III<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  26-mj-665<br><br>[UNDER SEAL] |

**FILED**

5/1/2026 at 8:30am

## ARREST WARRANT

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    RAYMOND EUGENE CHANDLER III                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

Influencing, Impeding or Retaliating Against a Federal Official by Threatening a Family Member and by Threatening a Federal Official (Count One), in violation of Title 18, United States Code, Sections 115(a)(1)(A) and 115(a)(1)(B), and Influencing, Impeding or Retaliating against a Federal Official by Threat (Count Two), in violation of Title 18, United States Code, Section 115(a)(1)(B).

Date:     05/01/2026                                   _____
                                                                *Issuing officer's signature*

City and state:     Pittsburgh, Pennsylvania                Honorable Patricia L. Dodge, U.S. Magistrate Judge
                                                                *Printed name and title*

| Return |
|---|

This warrant was received on *(date)*    05/01/202c    , and the person was arrested on *(date)*    05/01/202c
at *(city and state)*    PITTSBURCH, PA               .

Date:    05/04/202c                          _____
                                                         *Arresting officer's signature*

                                                         COREY COCHRAN  TASK FORCE OFFICER
                                                         *Printed name and title*