B186

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
MAY 20 2026
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 26-90 |
| v. | ) | |
| | ) | (18 U.S.C. §§ 115(a)(1)(A), |
| RAYMOND EUGENE CHANDLER III | ) | 115(a)(1)(B), and 115(b)(4)) |

## INDICTMENT

The grand jury charges:

GENERAL ALLEGATIONS

At all times material to this Indictment:

1.    The defendant, RAYMOND EUGENE CHANDLER III, was a resident of Allegheny County, in the Western District of Pennsylvania.

2.    On January 20, 2025, President Donald J. Trump was inaugurated as the 47th President of the United States of America.    Following his inauguration, President Trump issued executive orders related to interior immigration enforcement, to include Executive Order 14159, titled "Protecting The American People Against Invasion."

3.    Agents of the U.S. Immigration and Customs Enforcement ("ICE"), an investigative agency of the U.S. Department of Homeland Security, were authorized by law to engage in the prevention, detection, investigation, and prosecution of violations of federal law. Under the direction of the Secretary of the U.S. Department of Homeland Security, ICE agents investigated and executed arrests related to the illegal entry and unlawful presence of aliens in the United States.

4.    Following President Trump's inauguration, the defendant, RAYMOND EUGENE CHANDLER III, repeatedly called Members of Congress and left voicemails related to

1

his disagreements with immigration enforcement actions, armed conflicts, and wealth inequality. In some voicemails, the defendant, RAYMOND EUGENE CHANDLER III, advocated for various acts of violence against U.S. Officials, their families, ICE agents, and the wealthy; shared his plan to publish personal identifiable information of ICE agents; accused U.S. Officials of violating their covenants with God or otherwise inciting God's anger; implied knowing where Members of Congress lived; and described his purchase of bladed weapons and willingness to personally kill.   For example, the defendant, RAYMOND EUGENE CHANDLER III, called Victim 1, a Member of Congress whose identity is known to the grand jury, and left voicemails, on or about the dates set forth below, in which the Defendant stated words to the effect of:

a.      April 18, 2025: "I guess the next step is then to figure out which one of us are valuable to society and which ones to send off to the death camps. I am terrified and, uh, you know, I bought seven-inch combat knife yesterday. I bought a dagger yesterday, and it's not because I want to do any harm to anyone. It's not because I wanna do harm to anyone, it's because I'm terrified for my life and terrified that my government's gonna kill me."

b.      April 18, 2025: "I support armed resistance against ICE. I want every agent dead. Everyone. I want anyone in charge of it dead. Everyone. I am willing to go to war. I am willing to personally kill. If you are willing to arm me, let's go to war. Fuck, ICE. Fuck anyone who supports ICE. Death to them all. Help me bring it to them."

c.      June 10, 2025: "I'm calling today in support of the LA riots. I'm in support of the protestors. I'm in support of the attacks on police. I'm in support of the attacks on ICE. I am not in support of police. I am not in support of ICE, and I'm not in support of any of this anti-immigration efforts. I think it. You have broken your covenant with God, and I think the people are rightfully pissed. I think everything that's happening in LA is just, and I think you

2

deserve every moment of it . . . You've shown us that there is no rule of law. There is only power. So now you get to meet the power of the people. Every time you escalate, the people will escalate. Every time you commit violence, the people will commit violence. You are now trapped. You must de-escalate. You must arrest the President. You must impeach him. You must convict him, and you must kill him for tyranny and treason. This cannot stand. You must stand down. The people will prevail. May God bless you. May God bless this, this country. Turn to God."

       d.     June 11, 2025: "My question to you, sir, is what happens when everybody loses all of their faith in the government, in the judicial system, the fact that you pardon fucking insurrectionists, okay? And then turning around, acting like protestors are somehow bad, right? You have lost all credibility. The government has lost all credibility. The bad guys are the police. ICE are the bad guys, okay? The National Guard, they're acting on Trump's order. They're the bad guys. I sit and I watch the news, and I see nothing but violence from these people. Our people committing violence against good natured, innocent, hardworking America. Your abominations, and your hate brings shame on our country and bring shame on our God. You are anti-Christian. Shame on you."

       e.     January 12, 2026: "I am calling you every day. So by this point you should know who I am . . . Every single ICE agent in this country deserves death. I support their targeted murder and assassination. I will vote not guilty to their killers. I will vote not guilty to anyone who assaults them. I will vote not guilty to anyone who poisons them, who makes them feel unsafe, unwelcome in their communities. I'm gonna spend the next 20 years of my life tracking these ICE agents like you track pedophiles. I'm gonna make them persona non grata in their communities. I'm going to destroy their lives in every legal way imaginable and open to me. They will know no peace for as long as they live. There is no statute of limitations on murder. I will call

for their justice, for their conviction for these murders until the day I die. I will vote in that way until the day I die. Abolish ICE. I want you to kill these agents. Kill them. Kill them . . . They deserve death. Nothing short of death is justice. Sic semper tyrannis."

        f.      January 26, 2026: "I'm calling this evening in regards to immigration and customs enforcement, this organization is evil, biblically evil organization. I read an article today that, where uh agents said that they're suffering from low morale. I gotta tell you, I and every other American wants to see your agents dead. I want to see them dead. I want to see them hanged. I want to see the throat slit from ear to ear. I want to see them gunned down in the streets. That's what I want to see. I want to see (ICE agent, whose identity is known to the grand jury) hanged. His throat slit from ear to ear . . . I want (U.S. Border Patrol agent, whose identity is known to the grand jury)'s throat slip from ear to ear. I want (U.S. Official, whose identity is known to the grand jury)'s throat slit from ear to ear. That's what I want. I want that. Your agents deserve death. Every agent deserves death, all of them deserve death. And if you support them, you deserve death too."

        g.      April 6, 2026: "[T]he reason I'm running . . . sir, is because I do not support what ICE is doing. I do not support this war in Iran. I do not support the genocide that we fund. It is evil. It is ungodly. We are murdering children. We are murdering people for profit. It is the most highest evil ever quoted or thought of in the Bible. And sir, I'm coming to Congress for justice. I'm gonna get justice for . . . people these ICE agents have murdered. I'm going to string him up in a fucking tree."

        h.      April 6, 2026: "Hello, and good morning, this is your neighbor . . . Called you about 30 minutes ago. I'm calling a lot for various reasons. I do want to provide a little bit of clarification when I say I'm coming to Congress to convict, try, execute, and kill people. I

4

am going to try for war crimes, sir. I'm going to prosecute everyone, everyone who supports genocide, everyone who supported the bombing of a school, a bombing of a hospital, the bombing of water supplies, every act, every single evil act of war crimes, I am going to prosecute our own people. I'm going to prosecute. I'm going to hold them on a world stage, sir, and then after we convict them, after we try them, I'm going to kill them. I'm going to hang them."

    i. April 7, 2026: "I am calling you today to implore you not to authorize any act of war or fund, any act of war for Israel or for us. You need to back out of this war in Iran. I want you to put a black bag over the President's hand head. I want you to bind his hands and I want you to deliver him to the enemy, and I want you to give them $30 billion and say 'We're sorry. We're so sorry. We're so sorry. We didn't mean to bomb that school filled with children. We're so sorry. We're evil people. We're so sorry.' That's what I wanna see you do, Senator. I wanna see you prostrate yourself before the Iranian people, and I want you to see you beg, beg for their forgiveness. That's what I want to see. Senator, you are not protected. The President can't protect you. Your colleagues can't protect you. If you commit war crimes, I will come to Congress and I will prosecute you for those crimes. I will try you. I will convict you, and I will hang you. Senator, I will hang you."

    j. April 10, 2026: "I'm calling this morning to demand that you stop killing kids. And when I say stop killing kids, I don't just mean here at home. I mean in Lebanon, I mean in Gaza, I mean in Iran, the problem with war, sir, and the problem with your, I don't know, glee for genocide, is that you think that you're doing good by dropping these bombs on these countries because we're the good guys. I don't know, maybe they're the bad guys, right? But the problem is, every time you do this, every time you take a violent action, you create orphans, you create widows, you create disabled people, and you kill children. It is part and parcel to your

5

attacks, and you write them off and you think they're just statistics. But I gotta tell you, (Victim 1), God's counting every single one. He's counting every single kid you kill. And (Victim 1), you worship money. I know you come from money, but this is why money is evil because it gets you to justify things like murdering children. It gets you to dismiss things like school bombings in Iran that murder 150 kids. It gets you to justify violence and hate on your neighbors[.]"

       k.     April 18, 2026: "I'm calling today this morning, sir, to, uh, just implore you to impeach this president. Um, this is evil. Everything that we have done since he's been in office is evil. What we did in South America is evil. What we're doing in Cuba is evil. What we did in Iran is evil. You support genocide and war. You murder children, sir, you are an evil man . . . And I'm gonna tell you, sir, right now, there is no, no statute limitations on war crimes. We will prosecute you. We will come for you. We will hang you. We will, I will do it myself, okay? It'll be through the rule of law, but you will be brought to justice."

       l.     May 1, 2026: "Today, I have a history lesson for you . . . What happened at Haymarket Square was thirteen socialists, anarchists got together, and they committed a bombing.  They bombed the square, a place where trading and market happened in protest, in protest of the way that people were treated.  The way that workers were treated, and specifically, due to a fire . . . where the people in charge bounded the door shut and a bunch of seamstresses lost their lives.  Now, you may know about the Haymarket Square Bombing, but you may not know about the corporations that killed their workers . . . I want you to think about this on May 1st today, as we celebrate these socialist heroes, these heroes of the people, the heroes of labor, and the workers' party.  I want you to think about them, and I want you to be terrified."

## COUNT ONE

The grand jury further charges:

5.    Paragraphs 1 through 4 are incorporated as if fully set forth herein.

6.    On or about April 18, 2025, in the Western District of Pennsylvania, the defendant, RAYMOND EUGENE CHANDLER III, did threaten to assault and murder Federal law enforcement officers; that is, agents of the U.S. Immigration and Customs Enforcement ("ICE"), with intent to impede, intimidate, interfere with, and retaliate against said law enforcement officers while they were engaged in, and on account of, their performance of their official duties, by leaving a voicemail for Victim 1, a Member of Congress whose identity is known to the grand jury, in which CHANDLER stated, "Now, let me be clear. I don't just support the armed . . . the targeted murder and assassination of ICE agents anymore. I was already there. I now support armed resistance against ICE. If they're killing mothers of children who are just going about their day, they deserve death. There's no legitimacy to their law enforcement whatsoever. They deserve death. All of them deserve death. Dismantle the organization, name and shame every single one of them, and then track them so that we can try them in a court of law and we can get justice for the people who have died at these monsters' hands. I, I support armed resistance against ICE. I want every agent dead. Everyone. I want anyone in charge of it dead. Everyone. I am willing to go to war. I am willing to personally kill. If you are willing to arm me, let's go to war. Fuck, ICE. Fuck anyone who supports ICE. Death to them all. Help me bring it to them," or words to that effect.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT TWO

The grand jury further charges:

7.    Paragraphs 1 through 4 are incorporated as if fully set forth herein.

8.    On or about September 18, 2025, in the Western District of Pennsylvania, the defendant, RAYMOND EUGENE CHANDLER III, did threaten to assault and murder a United States Official; that is, Victim 1, a Member of Congress whose identity is known to the grand jury, with intent to impede, intimidate, interfere with, and retaliate against said United States official while he was engaged in, and on account of, the performance of his official duties by leaving a voicemail for Victim 1, in which CHANDLER stated, "I'm a Quaker. I'm a Christian. I practice non-violence and peaceful testimonies. Um, I'm also antifascist, just like my grandfather who built the gallows that hung Nazi war, war criminals after World War II. You could say killing Nazis comes in my family's history. I am Antifa through and through. I'm an antifascist. It is in my blood. It was in my grandfather's blood and in his father's blood. This is the nature of being an American. We fought a whole world war over this. So, I'm gonna make it really clear to ya. I am publicly Antifa. I am an antifascist. I believe that you are evil, and I believe that you; this kind of rhetoric is going to kill people. So how about you come and get me. Come and get me. Come and round me up for being a terrorist since the President has decided that my speech counts as terrorism. Okay, come and round me up. Put me in your fucking concentration camp so that way I can come out when I'm done and build the gallows and come and hang you. Get this President out of office today. This is un-American. It's un-Christian. It's fucking evil. Get him out," or words to that effect.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT THREE

The grand jury further charges:

9.    Paragraphs 1 through 4 are incorporated as if fully set forth herein.

10.    On or about January 12, 2026, in the Western District of Pennsylvania, the defendant, RAYMOND EUGENE CHANDLER III, did threaten to assault and murder Federal law enforcement officers; that is, agents of the U.S. Immigration and Customs Enforcement ("ICE"), with intent to impede, intimidate, interfere with, and retaliate against said law enforcement officers while they were engaged in, and on account of, their performance of their official duties, by leaving a voicemail for Victim 1, a Member of Congress whose identity is known to the grand jury, in which CHANDLER stated, "I woke up this morning realizing that violence has become necessary. I'm going to start organizing armed resistance against ICE. I'm going to start advocating for people to kill them. I'm going to start releasing information publicly. Not on the internet. Not in a way that could be censored. But just with postcards and posters, calling for people to kill ICE agents. I'm going to send out postcards to folks who . . . have restaurants to teach them how to cultivate salmonella and campylobacter so that these ICE agents can never eat in a public restaurant again out of pure fear that they might leave with food poisoning, and indeed, a large majority of them are going to start experiencing food poisoning. I'm going to build a facial recognition app that identifies these agents and bans them from businesses that businesses can opt into freely. These agents will go through the rest of their lives as pariahs.   They will be banned from their own communities, and I'm going to dedicate the next twenty years of my life to making sure of it. (ICE agent, whose identity is known to the grand jury) deserves death. (U.S. Border Patrol officer, whose identity is known to the grand jury) deserves death. (U.S. Official, whose identity is known to the grand jury) deserves death. Donald Trump deserves death . . . Nothing

9

short of death will bring justice, and without justice there will never be peace. You started attacking American citizens, you started killing people, you . . . created death squads, and then you gave them immunity. Death to anyone involved. Death to anyone who advocates for that. Death to them all," or words to that effect.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

## COUNT FOUR

The grand jury further charges:

11.    Paragraphs 1 through 4 are incorporated as if fully set forth herein.

12.    On or about April 18, 2026, in the Western District of Pennsylvania, the defendant, RAYMOND EUGENE CHANDLER III, did threaten to assault and murder a member of the immediate family of a United States official, and a United States Official; that is, the daughter of Victim 1, a Member of Congress whose identity is known to the grand jury, and Victim 1, with intent to impede, intimidate, interfere with, and retaliate against said United States official while he was engaged in, and on account of, the performance of his official duties by leaving a voicemail for Victim 1, in which CHANDLER stated, "Sir, I have, uh, I'm calling this morning 'cause I want you to imagine a scenario. I want you to imagine a scenario where all the 1200 billionaires in this country, all their properties are surrounded simultaneously by a thousand people. So, imagine your house, your daughter's house, everyone you know and love who is also rich. Imagine every single one of those homes being surrounded by a thousand people. Then imagine them all getting a text and then, then suddenly taking out their pocket knives, walking slowly towards your house with 10, you got your 10 guards or whatever against a thousand people, and then they come and they pull you out of your house, and they slit your throat, and they slit your daughter's throat, and they slit everyone's throat. That you know, sir, that is the future. It's not a future I want, it's not a future I'm advocating for, but wealth concentration has gotten so bad in this country. The greed has gotten so bad. People are suffering so much, sir, that that is what is in our future. You will not escape their wrath. We must redistribute the wealth away from people like you," or words to that effect.

In violation of Title 18, United States Code, Sections 115(a)(1)(A), 115(a)(1)(B) and 115(b)(4).

11

## COUNT FIVE

The grand jury further charges:

13.     Paragraphs 1 through 4 are incorporated as if fully set forth herein.

14.     On or about April 28, 2026, in the Western District of Pennsylvania, the defendant, RAYMOND EUGENE CHANDLER III, did threaten to assault and murder a United States Official; that is, President Donald J. Trump, with intent to impede, intimidate, interfere with, and retaliate against said United States official while he was engaged in, and on account of, the performance of his official duties by leaving a voicemail for Victim 1, a Member of Congress whose identity is known to the grand jury, in which CHANDLER stated, "You've probably getting quite used to my voice. Sir, I'm calling this evening because what I want you to do is, I want you to take a firearm. I want you to put it in your hand. I want you to walk into the Oval Office. I want you to put that firearm to the President's head, and I want you to pull the trigger and I want you to kill him. I am petitioning you, Senator for redress of grievances. My redress of grievances is that this president is awful . . . He's a liar among all liars. He's a great deceiver. He's the antichrist. I want you to walk into the Oval Office with a gun in your hand. I want you to put it to his temple, and I want you to pull the trigger. That is what I want you to do as my agent. That's what I want you to do as my elected official. That's what I am petitioning you to do with my free speech. I want you to kill the President. I want you to assassinate the President. That's what I want you to do. Now, Senator, are you gonna come after me? Are you going to try me because of my voice and what I said?" or words to that effect.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

12

A True Bill,

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

BRENDAN J. McKENNA
Assistant United States Attorney
PA ID No. 314315

13