IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND EUGENE CHANDLER III | Criminal No. 26-90 |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (DOC No. 39)**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said District, and respectfully submits Government's Response to Defendant's Motion for Leave to File Documents Under Seal (Doc. No. 39), submitting as follows:

The government has no objection to the Court granting the requested relief sought in Defendant's Motion for Leave to File Documents Under Seal (Doc. No. 39).

Respectfully submitted,

TROY RIVETTI
United States Attorney

By: */s/ Brendan J. McKenna*
BRENDAN J. McKENNA
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 894-7414 (Phone)
PA ID No. 314315